McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHERYL VIVIAN, Revenue Officer, Internal Revenue Service,<br><br>            Petitioner,<br><br>   v.<br><br>LESLEY BERGER,<br><br>            Respondent. | 2:05-mc-420-LKK-GGH<br><br>**ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: MOUNTAIN HOUSE CONSULTING, INC.<br><br>Date: August 4, 2005<br>Time: 10:00 a.m.<br>Ctrm: 24 (8th Fl., GGH) |

Upon the verified petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, including the verification by Revenue Officer CHERYL VIVIAN, and the Exhibit attached thereto, it is hereby:

ORDERED that the respondent, LESLEY BERGER, appear before United States Magistrate Judge Gregory G. Hollows, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on August 4, 2005, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on December 6, 2004.

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section

636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After the hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

    2. The petitioning Revenue Officer's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4 (c)(2), to serve process in this case.

    3. A copy of this Order, together with the petition and its exhibit, shall be personally served upon the respondent within 21 days of the date this Order is served upon the United States Attorney.

    4. Proof of any service done pursuant to paragraph 3, above, shall be filed with the Clerk as soon as practicable.

    5. The file reflects a prima facie showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed, <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964). The burden of coming forward has shifted to whoever might oppose enforcement.

    6. If there is any defense or opposition to the petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

    7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

    8. A respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause

hearing, that the respondent has no objection to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

9. The respondent is hereby notified that any respondent's failure to comply with this Order may subject that respondent to sanctions for contempt of court.

10. The Clerk shall forward a copy of this Order to the United States Attorney.

It is SO ORDERED.

DATED: 6/22/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

berger420.ord06