

1 McGREGOR W. SCOTT
United States Attorney
2 YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2760

5 Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHERYL VIVIAN, Revenue Officer, Internal Revenue Service, | 2:05-MC-420-LKK-GGH |
| Petitioner, | **STIPULATION AND ORDER FOR TAX SUMMONS ENFORCEMENT** |
| v. | Taxpayer: MOUNTAIN HOUSE CONSULTING, INC. |
| LESLEY BERGER, | |
| Respondent. | |

The parties hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

    1. That all hearings be vacated.

    2. That the IRS summons issued December 6, 2004, be enforced.

    3. That Respondent, Lesley Berger, be ordered to appear at 4330 Watt Avenue, Sacramento, California, before Revenue Officer Cheryl Vivian or her designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by Revenue Officer Vivian, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

Dated: July 28, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Y H T Himel
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

Dated: July 28, 2005

/s/ Lesley Berger
LESLEY BERGER

## ORDER

Upon the stipulation of the parties, it is hereby ORDERED as follows:

1. All hearings are VACATED.

2. The IRS summons issued December 6, 2004, is ENFORCED.

3. Respondent, Lesley Berger, is ORDERED to appear at 4330 Watt Avenue, Sacramento, California, before Revenue Officer Cheryl Vivian or her designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by Revenue Officer Vivian, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

4. The Clerk shall supply this order to Ms. Lesley Berger, c/o Jeni Berger, 2904 Riverside Boulevard, Sacramento, California 95818, and to the District Judge and the Magistrate Judge.

It is SO ORDERED.

DATED: 7/29, 2005

GREGORY G. HOLLOWS
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **July 28, 2005**, she served a copy of

**STIPULATION AND ORDER FOR TAX SUMMONS ENFORCEMENT**

by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Ms. Lesley Berger
c/o Jeni Berger
2904 Riverside Blvd.
Sacramento, CA 95818

/s/ Pamela Beauvais
PAMELA BEAUVAIS